IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | BKRTCY. NO. 07-00870-ESL |
| DELGADO ALICEA, JEFFREY | * | |
| BORIA GOMEZ, NORMA I. | * | CHAPTER 13 |
| DEBTORS | * | |

## NOTICE OF FILING OF AMENDED SCHEDULE

TO THE HONORABLE COURT:

COME NOW, **JEFFREY DELGADO ALICEA and NORMA I. BORIA GOMEZ**, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Due to a clerical error, the Schedule "F" was filed with the incorrect claims amount with Banco Popular of Puerto Rico.

2. Attached to this motion debtors respectfully submit, Amended Schedule "F" to correct amount of debts, accounts 341-000491 and 101-0900-2430738-9002.

**I CERTIFY** that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the Chapter 13 Trustee, José R. Carrión, Esq., and a copy was sent through regular mail to Jeffrey Delgado Alicea and Norma I. Boria Gómez, debtors and to all creditors appearing in the master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 14th day of March, 2007.

/S/*Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294

Official Form 6F (10/06)

IN RE DELGADO ALICEA, JEFFREY & BORIA GOMEZ, NORMA IRIS                Case No. 07-870- ESL
                                       Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 37781030495<br>BANCO POPULAR DE PR<br>PO BOX 364445<br>SAN JUAN, PR 00936-4445 | | J | Revolving account opened 10/94 | | | | 2,908.00 |
| ACCOUNT NO. 500139048818<br>BANCO POPULAR DE PR<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 | | W | Revolving account opened 6/93 | | | | 406.00 |
| ACCOUNT NO. 101-0900-2430738-9002<br>BANCO POPULAR DE PR<br>CONSUMER LOAN<br>PO BOX 70354<br>SAN JUAN, PR 00936-8354 | | J | Installment account opened 2003 @ Consumer loan | | | | 7,524.40 |
| ACCOUNT NO. 341-000491<br>BANCO POPULAR DE PR<br>PO BOX 364445<br>SAN JUAN, PR 00936-4445 | | J | Overdraft account & Credit line 2006 @ | | | | 10,753.00 |

___3___ continuation sheets attached

Subtotal (Total of this page) $ 21,591.40

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DELGADO ALICEA, JEFFREY & BORIA GOMEZ, NORMA IRIS  
Debtor(s)  
Case No. 07-870 - ESL

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 450687000823<br>BANCO SANTANDER PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | | H | Revolving account opened 3/97 | | | | 3,262.24 |
| ACCOUNT NO.<br>LCDA. MARICARMEN COLON DIAZ<br>PO BOX 194439<br>SAN JUAN, PR 00919-4434 | | | Assignee or other notification for:<br>BANCO SANTANDER PR | | | | |
| ACCOUNT NO. 539858230996<br>CAPITAL ONE<br>PO BOX 85148<br>RICHMOND, VA 23276-0001 | | W | Revolving account opened 4/03 | | | | 951.00 |
| ACCOUNT NO. 6075013646124081<br>CITIFINANCIAL<br>1 CITIBANK DR STE 201<br>SAN JUAN, PR 00926 | | W | Installment account opened 11/06 | | | | 4,998.00 |
| ACCOUNT NO. 603259301088<br>CITIFINANCIAL<br>1 CITIBANK DR STE 201<br>SAN JUAN, PR 00926 | | W | Revolving account opened 9/06 | | | | 1,269.00 |
| ACCOUNT NO. 6032593010860362<br>CITIFINANCIAL<br>111 CARR 174 STE 2<br>BAYAMON, PR 00959 | | H | Revolving account opened 8/06 | | | | 8,000.00 |
| ACCOUNT NO. 6032593250713925<br>CITIFINANCIAL<br>111 CARR 174 STE 2<br>BAYAMON, PR 00959 | | W | Revolving account opened 8/06 | | | | 5,632.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 24,112.24

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DELGADO ALICEA, JEFFREY & BORIA GOMEZ, NORMA IRIS          Case No. 07-870- ESL
Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6032593250351262 <br> CITIFINANCIAL <br> 111 CARR 174 STE 2 <br> BAYAMON, PR 00959 | | W | Revolving account opened 6/04 | | | | 4,902.00 |
| ACCOUNT NO. 6075020036115212 <br> CITIFINANCIAL <br> 111 CARR 174 STE 2 <br> BAYAMON, PR 00959 | | W | Installment account opened 7/06 | | | | 14,791.00 |
| ACCOUNT NO. 546002041007 <br> CITIUSA <br> PO BOX 6241 <br> SIOUX FALLS, SD 57117 | | W | Revolving account opened 10/98 | | | | 1,350.00 |
| ACCOUNT NO. 1758620000000 <br> COOP A/C GURABO <br> PO BOX 678 <br> GURABO, PR 00778-0678 | | H | Installment account opened 4/04 | | | | 25,138.00 |
| ACCOUNT NO. 2564005981 <br> Eurobank <br> Ponce De Leon National Plaza <br> Hato Rey, PR 00921 | | H | Installment account opened 11/04 | | | | 10,939.00 |
| ACCOUNT NO. 3 <br> GATSBY <br> PO BOX 6359 <br> CAGUAS, PR 00726-6359 | | W | Open account opened 4/98 | | | | 115.00 |
| ACCOUNT NO. 600889187084 <br> Gemb/jc Penney Pr <br> Po Box 364788 <br> San Juan, PR 00936 | | J | Revolving account opened 10/99 | | | | 284.00 |

Sheet no. 2 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 57,519.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DELGADO ALICEA, JEFFREY & BORIA GOMEZ, NORMA IRIS   Case No. 07-870 - ESL
Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 700111514522<br>Hsbc/comp<br>Pob 15521<br>Wilmington, DE 19805 | | W | Revolving account opened 3/06 | | | | 3,525.00 |
| ACCOUNT NO. 90217068778<br>ISLAND FINANCE PR INC<br>PO BOX 71504<br>SAN JUAN, PR 00936-8604 | | H | Revolving account opened 2/06 | | | | 4,804.00 |
| ACCOUNT NO. 7738575764384000<br>Radio Shack Citibank<br>Po Box 9714<br>Gray, TN 37615 | | W | Revolving account opened 12/02 | | | | 592.00 |
| ACCOUNT NO. 901882432110001<br>SALLIE MAE<br>PO BOX 11449<br>KILLEEN, TX 76547-1449 | | W | Installment account opened 11/93 | | | | 1,730.00 |
| ACCOUNT NO. 6035251087623851<br>ZALES<br>PO BOX 6003<br>HAGERSTOWN, MD 21747 | | W | Revolving account opened 5/05 | | | | 204.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **10,855.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **114,077.64**

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6 - Declaration (10/06)

IN RE **DELGADO ALICEA, JEFFREY & BORIA GOMEZ, NORMA IRIS**   Case No. **07-870 - ESL**
Debtor(s)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**17** sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 8, 2007**    Signature: _JEFFREY DELGADO ALICEA_    Debtor

Date: **March 8, 2007**    Signature: _NORMA IRIS BORIA GOMEZ_    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property.** Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES